## Nicholas Walker, M.D.

12950 Dallas PKWY Suite 200<br>
Frisco, TX 75033<br>
Tel 469-899-8758

## Expert Witness Report

**Plaintiff:** Dillan Lewis
**Defendant:** Maverick Natural Resources, LLC
**Case Number:** Civil Action No. 4:25-cv-02802
**Date of Report:** 3/9/26

**Nicholas J. Walker, MD**
Board-Certified Plastic Surgeon

### I. Assignment

I was retained to review the currently available materials in this matter and to provide opinions regarding the nature of the burn injuries sustained by the plaintiff, the expected clinical course of burns of this depth, and the likelihood of long-term medical needs or permanent injury.

My opinions are based upon the materials presently available to me and are expressed to a reasonable degree of medical probability.

### II. Qualifications

I am a board-certified plastic surgeon with training and clinical experience in the treatment of burn injuries, wound healing, scar formation, and reconstructive surgery. My clinical practice routinely involves the evaluation and treatment of burns as well as the management of burn-related scarring and reconstructive needs. I am a published author on the treatment of acute burns, including burns of the face and hand, and I am credentialed as an International Burn Surgeon with Operation Smile.

My curriculum vitae is available on request

**III. Compensation**

My compensation in this matter is $400 per hour for record review and consulting and $600 per hour for deposition or testimony. My compensation is not contingent upon the outcome of this case or the substance of my opinions.

---

**IV. Materials Reviewed**

At this time, the following materials were reviewed:

- Plaintiff's Original Petition
- Plaintiff's Responses to Defendant's Interrogatories
- Plaintiff's Responses to Defendant's Requests for Production
- Limited medical and billing records from Nor-Lea Hospital District
- Documentation describing superficial facial burns and burns of the right hand. This included photographs of the plaintiff's hand and face at different time periods after burns occurred.

This report is based upon limited early discovery materials. Additional medical records, photographs, depositions, or expert reports may materially impact the opinions expressed below.

---

**V. Chronological Clinical Course**

Based upon the currently available records, the plaintiff sustained the following injuries:

- Superficial facial burns, with scattered superficial-partial involvement of the cheeks and nasal region
- Superficial partial-thickness burn to the dorsal right hand

The available documentation indicates the following clinical course:

- The burn injuries were treated conservatively with home wound care
- The wounds reportedly healed with home wound care
- Follow-up documentation indicates that the burns had healed prior to later evaluation
- No surgical intervention or reconstructive procedures were required

The plaintiff reports persistent sensitivity and scarring of the right hand in interrogatory responses.

The currently available records do not document:

- Neurologic injury
- Peripheral nerve injury
- Need for neurologic consultation
- Need for reconstructive burn surgery
- Hypertrophic scar treatment
- Laser scar therapy
- Contracture release
- Skin grafting
- Other advanced burn reconstruction procedures

---

### VI. Applicable Standard of Care

Burn injuries are classified according to depth of tissue involvement, which directly determines the expected treatment course and prognosis.

Superficial burns involve only the epidermis and typically heal within approximately 3-7 days without scarring.

Superficial partial-thickness burns (also known as superficial second degree burns) extend into the superficial dermis and typically:

- Heal within approximately 1–3 weeks
- Are treated with local wound care and dressings
- Do not require surgical intervention
- Rarely produce permanent scarring when appropriately treated, and do not cause long lasting nerve related symptoms.

Facial burns of this depth are particularly known to heal well due to the excellent vascular supply of facial skin.

Similarly, superficial partial-thickness burns of the hand typically heal with topical treatment, dressings, and routine wound care, without the need for operative treatment.

Permanent neurologic injury from burns generally requires deeper tissue injury, such as deep partial thickness (also known as deep second degree burns) full-thickness burns, direct nerve trauma, or deeper structural traumatic involvement.

---

**VII. Breach of Standard of Care**

At this stage, no opinions regarding breach of standard of care are being offered, as the materials currently available primarily relate to the nature and severity of the plaintiff's injuries rather than the conduct of specific medical providers.

Should additional materials become available relating to medical treatment decisions or provider conduct, additional opinions regarding standard of care may be offered.

---

**VIII. Causation**

Based on the materials reviewed and to a reasonable degree of medical probability:

1. The injuries described appear most consistent with superficial and superficial partial-thickness burns of the face and right hand.

2. The fact that the burns reportedly healed with conservative home wound care without significant post injury scar burden/hypertrophic scarring is medically consistent with burns of this depth.

3. It is unlikely, more likely than not, that superficial or superficial partial-thickness burns of the face and hand would produce:

    • permanent neurologic injury
    • chronic nerve dysfunction requiring neurological care
    • significant long-term reconstructive needs

4. Permanent neurologic injury would generally require deeper tissue damage, which is not documented in the currently available materials.

---

**IX. Damages / Future Care / Prognosis**

Based upon the limited records currently available:

• There is no objective documentation of significant long-term scarring
• There is no documentation of dyspigmentation

- There is no documentation of functional impairment
- There is no documentation of neurologic injury requiring specialty care

Superficial and superficial partial-thickness burns of the face and hand typically heal completely with minimal long-term sequelae.

Long-term complications from burns of this depth are uncommon and are generally limited to minor cosmetic changes such as mild pigment variation or mild sensitivity.

**X. Opinions**

Based on the currently available information and to a reasonable degree of medical probability:

1. The injuries described appear most consistent with superficial and superficial partial-thickness burns of the face and right hand.

2. Burns of this depth are typically treated with conservative wound care and generally heal without surgical intervention and without significant post injury scarring.

3. The reported healing of the burns with home wound care without post injury hypertrophic scarring is medically consistent with burns of this depth.

4. To a reasonable degree of medical probability, the burns described in the available records were superficial to superficial partial-thickness in depth. The documentation characterizes the injuries as second-degree or less, and the clinical course described in the records indicates that the wounds healed with conservative wound care and without the need for surgical intervention, grafting, or advanced scar management. This healing pattern is medically consistent with burns limited to the superficial or superficial partial-thickness layers of the skin. Burns of this depth would not be expected to result in permanent neurologic injury or require significant long-term reconstructive treatment.

5. The currently available records do not document objective evidence of permanent injury, significant scarring, or neurologic impairment.

## XI. Limitations / Reservation of Rights

This report is preliminary and based upon the limited materials currently available.

Additional materials that may impact these opinions include:

- complete medical records
- More extensive wound photographs and additional photographs of post injury healing
- emergency treatment documentation
- dermatology or plastic surgery evaluations
- neurologic evaluations
- long-term follow-up records
- deposition testimony
- additional expert reports

I reserve the right to amend or supplement my opinions should additional information become available.

---

## XII. Signature

**Nicholas J. Walker, MD**
Board-Certified Plastic Surgeon

*Nicholas Walker*

MAVERICK 000245